AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

**Case No.:** 4:20-MJ-1021

**Date and time warrant executed:** 02/19/2020

**Copy of warrant and inventory left with:** John Jenkins

**Inventory made in the presence of:** John Jenkins

**Inventory of the property taken and name of any person(s) seized:**

Wahl Coates Elementary School, 2200 East 5th Street, Greenville, NC

- Plextor SSD HDD SN: P02822109530 Removed from HP Desktop at teachers desk

- DVD containing files from Raff's profile on the school's network home drive

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/20/2020

*Executing officer's signature*

SA John Hoyt
*Printed name and title*